# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Lawson, Jr., Roger H. | 2. Court or Organization  Middle District, Georgia | 3. Date of Report  05/03/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge, Senior | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

P.O. Box 838
475 Mulberry Street
Macon, Georgia 31202

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/96 | Georgia Retirement System for Superior Court Judges |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/03/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Georgia Judicial Retirement System--Retirement | $94,508.76 |
| 2. 2018 | Judicial Retiress & Survivors Admin Office of the US Courts | $201,855.29 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Teacher's Retirement System of Georgia--Retirement |
| 2. 2018 | First United Methodist Church--Wages |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/03/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | John Deere Credit | Tractor Loan | J |
| 2. | GMAC | Auto Loan | J |
| 3. | GMAC | Auto Loan | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sunmark Bancshares, Inc. | A | Dividend | J | U | | | | | |
| 2. Merrill Lynch IRA | | | | | | | | | |
| 3. --Merrill Lynch - Bank of America | A | Interest | J | T | | | | | |
| 4. --Lincoln National Life Legacy III Plus | | None | L | T | | | | | |
| 5. Merrill Lynch | | | | | | | | | |
| 6. --Merrill Lynch Bank USA | | None | K | T | | | | | |
| 7. --Transamerica Life Ins. Co.-Transamerica Landmark Annuity | | None | L | T | | | | | |
| 8. --Transamerica Life Ins. Co.- Transamerica Landmark Annuity | | None | K | T | | | | | |
| 9. 270.00 Acres, Hawkinsville,Pulaski County, GA | | None | N | W | | | | | |
| 10. Wells Fargo-High Yield Bond Fund A | A | Dividend | K | T | | | | | |
| 11. Franklin Georgia Tax-Free Income Fund-Class A | A | Dividend | J | T | | | | | |
| 12. Rental House, Watson St. Hawkinsville,Pulaski Co., GA. | C | Rent | K | W | | | | | |
| 13. Subdivision, Pulaski County, Georgia Und. Interest | | None | K | W | | | | | |
| 14. Rental House, McCormick Avenue, Hawkinsville, GA. Und. Inter | D | Rent | K | W | | | | | |
| 15. Merrill Lynch | | | | | | | | | |
| 16. Merrill Lynch Deposit Account | A | Dividend | K | T | | | | | |
| 17. --Regions Financial Corp. | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Pimco Income Fund Cl C | A | Dividend | K | T | | | | | |
| 19. --Aralez Pharmaceuticals | | None | J | T | | | | | |
| 20. --Nuveen Georgia Muni Bond Fund | E | Dividend | O | T | | | | | |
| 21. --Virnetx Hldg Corp | | None | J | T | | | | | |
| 22. Sunmark Community Bank-Accounts | A | Interest | J | T | | | | | |
| 23. Merrill Lynch | | | | | | | | | |
| 24. --Merrill Lynch Deposit Account | A | Interest | J | T | | | | | |
| 25. --Abbott Laboratories Common | A | Dividend | J | T | | | | | |
| 26. --American Intl Group Inc Common | A | Dividend | J | T | | | | | |
| 27. --Abbvie Inc SHS | A | Dividend | J | T | | | | | |
| 28. --AT&T Inc | A | Dividend | J | T | | | | | |
| 29. --Automatic Data Processing Inc Common | A | Dividend | J | T | | | | | |
| 30. --Chevron Texaco Corp Common | A | Dividend | J | T | | | | | |
| 31. --Cintas Corp Common | A | Dividend | J | T | | | | | |
| 32. --CDK Global Inc SHS | A | Dividend | J | T | | | | | |
| 33. --Coca-Cola Co. Common | A | Dividend | J | T | | | | | |
| 34. --General Electric Co., Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Walt Disney Co. Common | A | Dividend | K | T | | | | | |
| 36. --Dowdupont Inc Com | A | Dividend | J | T | | | | | |
| 37. --Pareteum Corp | | None | J | T | | | | | |
| 38. --Exxon Mobile Corp Common | A | Dividend | J | T | | | | | |
| 39. --Illinois Tool Works Inc. | A | Dividend | J | T | | | | | |
| 40. --Eli Lilly & Co. Common | A | Dividend | J | T | | | | | |
| 41. --McDonald's Corp. Common | A | Dividend | J | T | | | | | |
| 42. --Medtronic Inc. Common | A | Dividend | J | T | | | | | |
| 43. --Pfizer Inc. Common | A | Dividend | J | T | | | | | |
| 44. --Proctor & Gamble Co. Common | A | Dividend | J | T | | | | | |
| 45. --Western Asset Managed Municipals Fd C | C | Dividend | M | T | | | | | |
| 46. --Walgreens Boots Alliance Inc. | A | Dividend | J | T | | | | | |
| 47. --Chemours Co | A | Dividend | J | T | | | | | |
| 48. --Wells Fargo & Co. New Common | A | Dividend | J | T | | | | | |
| 49. --WT 01 21American Intl | | None | J | T | | | | | |
| 50. --Western Assets Managed Municipals | C | Dividend | M | T | | | | | |
| 51. Merck and Co., Inc. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Merrill Lynch | | | | | | | | | |
| 53. --Blackrock Strategic Income Opprts | A | Dividend | J | T | | | | | |
| 54. --Blackrock Multi Asset | A | Dividend | | | Sold | 01/02/18 | J | A | |
| 55. --Pimco Investment Grade Corp | A | Dividend | | | Sold | 08/16/18 | J | A | |
| 56. --JP Morgan Global Fund | A | Dividend | | | Buy (add'l) | 01/05/18 | J | | |
| 57. | | | | | Sold | 08/16/18 | J | A | |
| 58. --IShares IBOXX S | A | Dividend | | | Buy (add'l) | 01/05/18 | J | | |
| 59. | | | | | Sold | 08/16/18 | J | A | |
| 60. --IShares MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 61. --IShares Select | A | Dividend | J | T | | | | | |
| 62. --IShares Edge MSCI | A | Dividend | K | T | | | | | |
| 63. --IShares S & P 100 | A | Dividend | J | T | | | | | |
| 64. --IShares Core High Dividend | A | Dividend | K | T | | | | | |
| 65. --JP Morgan Income Builder | A | Dividend | | | Buy (add'l) | 01/05/18 | J | | |
| 66. | | | | | Sold | 09/05/18 | J | A | |
| 67. --Lord Abbett Bond | A | Dividend | J | T | | | | | |
| 68. --Pimco Income Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. --Powershares S & P 500 Low Volatility | A | Dividend | K | T | Distributed | 06/04/18 | J | | |
| 70. --IShares Inc Core MSCI Emerging Mkts | A | Dividend | J | T | | | | | |
| 71. --Amer Funds Income Funds | A | Dividend | J | T | | | | | |
| 72. --American Bond FD | A | Dividend | J | T | Buy | 01/05/18 | J | | |
| 73. | | | | | Sold | 11/07/18 | J | A | |
| 74. --American Capital Income | A | Dividend | J | T | | | | | |
| 75. --Vanguard Value ETF | A | Dividend | K | T | | | | | |
| 76. --Vanguard Growth ETF | A | Dividend | K | T | | | | | |
| 77. --Pimco Stockplus Small Fund | A | Dividend | | | Buy | 09/05/18 | J | | |
| 78. | | | | | Sold | 12/13/18 | J | A | |
| 79. --American Growth Fund | | | | | Buy | 01/05/18 | J | | |
| 80. | | | | | Sold | 12/03/18 | J | A | |
| 81. --First Trust Preferred | A | Dividend | | | Buy | 08/16/18 | J | | |
| 82. | | | | | Sold | 12/13/18 | J | A | |
| 83. --First Trust Exchange Traded Fd | A | Dividend | J | T | Buy | 08/16/18 | J | | |
| 84. --JP Morgan Exchange ETF | A | Dividend | J | T | Buy | 12/13/18 | J | | |
| 85. --First Trust Low Duration | A | Dividend | J | T | Buy | 08/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Lord Abbett Short Duration | A | Dividend | J | T | Buy | 11/07/18 | J | | |
| 87. --Pimco Low Duration | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 88. --Lord Abbett Ultra Short | A | Dividend | J | T | Buy | 11/07/18 | J | | |
| 89. --First Trust Enhanced | | | J | T | Buy | 08/16/18 | J | | |
| 90. --Ishares Core S&P Total | | | J | T | Buy | 12/13/18 | J | | |
| 91. --Ivesco S&P 500 Low Volatility | A | Dividend | K | T | Spinoff (from line 69) | 06/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/03/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1 - E I Dupont De Nemours & Co were exchanged for Dow Dupont Inc

2 - On 06/04/18 349 shs of Powerchares S&P 500 Low Volatility ETF were exhcnaged for 349 shs of Invesco S&P 500 Low Volatility ETF

3 - Line 4 on last years return was Blackrock Global. Apparently, this was turned into Pimco Funds and when that occurred, Pimco was just added and Blackrock Global was not deleted. Hence, we are deleting it now as we do not have it any more.

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/03/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roger H. Lawson, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544